UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY HEARNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOLDEN, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-1614 KJN P<br><br>ORDER TO SHOW CAUSE |

　　　　On July 26, 2016, plaintiff consented to proceed before the undersigned for all purposes.[1] See 28 U.S.C. § 636(c). On July 21, 2016, plaintiff was ordered to file a completed in forma pauperis affidavit or pay the filing fee, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed the required documents.

　　　　In accordance with the above, IT IS HEREBY ORDERED that within fourteen days, plaintiff shall show cause why this action should not be dismissed without prejudice. Failure to respond to this order will result in the dismissal of this action.

Dated: September 6, 2016

/hear1614.fifp

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff signed the consent form on July 19, 2016.

1